```
1  GERALD KIM (SBN No. 216894)
   COUNSEL
2  SCREEN ACTORS GUILD, INC.
   5757 Wilshire Blvd., 8th Floor
3  Los Angeles, CA 90036-3600
   Telephone: (323) 549-6623
4  Facsimile: (323) 549-6624
   gkim@sag.org
5
6  Attorney for Petitioner
   Screen Actors Guild, Inc.
```

FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

LODGED
2010 JAN 11 PM 2:39
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV10 0171 CAS (JCx)

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers, | Case No. C |
| Petitioner, | [~~PROPOSED~~] JUDGMENT |
| v. | Date: |
| NEW GOLD DREAM PICTURES, INC., | Time:<br>Place:<br>Judge: |
| Respondent. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The regularly noticed Motion for Order Confirming Arbitration Award and for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild, Inc. came before the Court. Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

///
///

[~~PROPOSED~~] JUDGMENT

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against New Gold Dream Pictures, Inc., SAG Case No. 2004-0227, dated January 12, 2006, is confirmed in all respects.

2. New Gold Dream Pictures, Inc. is ordered to pay as follows:

   (a) To SAG on behalf of affected performers, **the sum of $52,031.90** which represents the following:

   $24,396.66 as salary

   $3,366.74 in P&H on salary

   $17,760.00 in LPLD on salary

   $4,938.97 as residuals

   $655.42 in P&H on residuals

   $914.11 in LPLD on residuals;

   (b) To SAG for SAG's attorney's fees incurred in this action, **the sum of $3,200.00**; and

   (c) To SAG for SAG's costs incurred in this action, **the sum of $350.00**.

3. SAG is hereby granted an irrevocable assignment of any monies received or to be received by New Gold Dream Pictures, Inc. from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "*Swallow*" until the above sum(s) are paid in full.

Dated: _Feb. 8, 2010_

_____
Christina A. Snyder
Judge of the United States District Court

[PROPOSED] JUDGMENT